IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 16-30262-DHW |
| Booker Adams | ) | Chapter: | 13 |
| SSN: xxx-xx-5683 | ) | | |
| Debtor | ) | | |

## OBJECTION TO CONFIRMATION
## FILED BY SELECT PORTFOLIO SERVICING, INC. SERVICING AGENT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, AS INDENTURE TRUSTEE, FOR THE CSMC 2015-RPL2 TRUST, MORTGAGE-BACKED NOTES, SERIES 2015-RPL2

Comes now SELECT PORTFOLIO SERVICING, INC. SERVICING AGRENT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/B CHRISTIANA TRSUT, AS INDENTURE TRUSTEE, FOR THE CSMC 2015-RPL2 TRUST, MORTGAGE-BACKED NOTES, SERIES 2015-RPL2 its principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and hereby objects to the proposed plan filed by the Debtor and seeks an order by this Honorable Court sustaining the Creditor's objection and denying confirmation of the Debtor's proposed plan; and in support thereof, the Creditor avers as follows:

1. This Honorable Court has jurisdiction to hear these matters and enter final orders pursuant to 28 U.S.C § 157 and 1334; and 11 U.S.C. § 1322, 1323, 1324 and 1325. The Objection to Confirmation constitutes a core proceeding and is a contested matter pursuant to Fed. R. Bankr. P. 3015(f) and 9014.

2. The Creditor holds a mortgage lien on the property commonly referred to as 3329 South Court Street, Montgomery, AL 36105, and legally described in the Mortgage and Note.

3. The Debtor's Chapter 13 plan does not list the pre-petition arrearage owed to the Creditor in the amount of $706.31 which includes one monthly mortgage payment, bankruptcy costs and late charges.

4. The Debtor's proposed plan impermissibly, unilaterally and without the consent of the Creditor, modifies the rights of the Creditor and holder of a secured claim, secured only by a security interest in real property that is the Debtor's principal residence.

5. The Debtor's proposed plan fails to comply with 11 U.S.C. § 1325(a)(1). Due to that failure, the Debtor's proposed plan appears to violate 11 U.S.C. § 1325(a)(3) and (a)(5).

6. The Debtor'sactions in proposing a plan in violation of Section 1322(b)(2) and 1325(a)(1) have caused unreasonable delay that is prejudicial to the Creditor. Further, such impermissible provisions of the proposed plan renders the Creditor's rights, interest, and security interests as not being adequately protected.

## **ATTORNEYS FEES**

7. The Creditor has had to incur additional expense in order to protect its rights and interests under its mortgage and mortgage loan, in the form of reasonable attorney's fees and associated costs and requests this Court to award the Creditor reasonable attorney's fees and court costs associated with this matter.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor herein prays that this Honorable Court will sustain the Creditor's Objection to Confirmation; enter an order denying confirmation; grant said Creditor reasonable attorney's fees and costs associated with the filing of this Objection; and make a determination under 11 U.S.C § 1307(c)(5) whether additional time should be afforded the Debtor(s) for the filing of another plan or a modification; additional time should be afforded the Debtor(s) for the filing of another plan or a modification; and if additional time is afforded unto the Debtor for filing of another plan or a modification, then enter an order awarding unto the Creditor adequate protection of its rights, interests, and security.

Respectfully submitted,

_____
Janna L Ifshin (IFS-001)
Attorney for Creditor

OF COUNSEL
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: 205-918-5083/ Fax 205-212-2874
jifshin@sirote.com

# CERTIFICATE OF SERVICE

      I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing Objection to Confirmation was mailed, first class postage prepaid to the following:

Booker Adams
3329 S Court Street
Montgomery, AL 36105

and served via electronic case management to:

Richard Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101-0201
rshinbaum@smclegal.com

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

On this the 29th day of March, 2016.

_____
OF COUNSEL